UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>(2) KYLIE LEADER CHARGE,<br><br>Defendant. | 3:24-CR-30012-ECS<br>3:24-CR-30024-ECS<br><br>REPORT AND RECOMMENDATIONS ON DEFENDANT'S CHANGE OF PLEA |

The above-captioned matter came on before the Court for change of plea hearings on Thursday, February 20, 2025. Defendant, Kylie Leader Charge, appeared in person and by her counsel, Katie Thompson, while Plaintiff, United States of America ("Government") appeared through Meghan Dilges, an Assistant United States Attorney.

Defendant consented in open court to the change of pleas before the Court and her consent was knowingly and voluntarily made. The Government likewise consented to the Court taking Defendant's pleas. Further, the parties waived their right to object to the report and recommendation.

Defendant has reached a plea agreement with the Government wherein she intends to plead guilty in **24-30012 to Count 1** as contained in the Superseding Information . Defendant is charged in Count 1 of the Superseding Information with Larceny in violation of 18 U.S.C. §§ 1153 & 661. At the hearing, Defendant was advised of the nature of the charge to which she would plead guilty and the maximum penalty applicable, specifically:  up to 5 years custody; 250,000 fine, or both;  up to 3 years

supervised release;  2 additional years imprisonment, up to 3 years of supervised release, or a combination of the two if supervised release is revoked on any such revocation; $100 assessment; and restitution. Defendant intends to plead guilty in **24-30024 to Count 1** as contained in the Indictment.  Defendant is charged in Count 1 of the Indictment with Failute to Appear  in violation of 18 U.S.C. §§ 3416 (a)(1) & 3416(b)(1)(A)(ii).  At the hearing, Defendant was advised of the nature of the charge to which she would plead guilty and the maximum penalty applicable, specifically:   up to 5 years custody, consecutive to any sentence of imprisonment for any other offense; 250,000 fine, or both; up to 3 years supervised release;  2 additional years imprisonment, up to 3 years of supervised release, or a combination of the two if supervised release is revoked on any such revocation; $100 assessment; and restitution.

 Upon questioning Defendant personally in open court, it is the finding of the Court that Defendant is fully competent and capable of entering an informed pleas, that she is aware of the nature of the charged offenses and the consequences of the pleas, and that her pleas of guilty to the offenses contained in Count 1 of the Superseding Information and the Indictment are knowing and voluntary pleas supported by an independent basis in fact containing each of the essential elements of the offenses.  It is, therefore, the Court's recommendation that the guilty pleas to Count 1  of the Superseding Information and the Indictment  be accepted and that Defendant be adjudged guilty of that offenses.

 It is further ORDERED that Defendant shall remain detained pending sentencing or until further order of a judicial officer of this District as previously ordered.

DATED this 20th day of February, 2025.

                                      **BY THE COURT:**

                                      */s/ Mark A. Moreno*

                                      **MARK A. MORENO**
                                      **UNITED STATES MAGISTRATE JUDGE**