UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KYLIE LEADER CHARGE,<br><br>Defendant. | 3:24-CR-30012-ECS<br>3:24-CR-30024-ECS<br><br><br>SENTENCING<br>SCHEDULING ORDER |

Defendant Kylie Leader Charge appeared before Magistrate Judge Mark Moreno for change of plea hearings in cases 3:24-CR-30012-ECS and 3:24-CR-30024-ECS on February 20, 2025. Judge Moreno issued a Report and Recommendation recommending that the Court accept Defendant's plea of guilty to Count 1 as alleged in the Superseding Information in case 3:24-CR-30012, and to Count 1 as alleged in the Indictment in case 3:24-CR-30024. For good cause, it is hereby

ORDERED that this Court adopts the Report and Recommendation, Doc. 104 in 3:24-CR-30012, and Doc. 30 in 3:24-CR-30024, the plea of guilty is accepted, and Defendant is adjudged guilty of Count 1 as alleged in the Superseding Information in case 3:24-CR-30012 and Count 1 as alleged in the Indictment in case 3:24-CR-30024. It is further

ORDERED that a combined draft presentence report shall be filed by the Probation Office in CM/ECF using the Draft Presentence Report event by **April 7, 2025.** It is further

ORDERED that any objection to the presentence report and notice of intent to seek a departure by either the Government or the Defendant shall be filed by counsel in CM/ECF using

1

the Objections to Presentence Report event by **April 21, 2025**.  If counsel has no objections to the presentence report, counsel should indicate such by using the Notice of No Objections to Presentence Report event.  It is further

ORDERED that all letters of support shall be filed by counsel in CM/ECF using the Sealed Letter(s) of Support event by **May 5, 2025**.  All letters of support shall be legibly scanned as one document and not scanned as separate documents.  It is further

ORDERED that the final combined presentence report shall be filed by the Probation Office in CM/ECF using the Final Presentence Report event by **May 5, 2025**.  An addendum setting forth any unresolved objections, the grounds for those objections, and the probation officer's comments on those objections shall also be filed in CM/ECF using the Addendum to Final Presentence Report event.  It is further

ORDERED that any Sentencing Memorandum and Motion for Departure or Variance shall be filed in CM/ECF by **May 12, 2025**.  It is further

ORDERED that the sentencing hearing and any necessary evidentiary hearing regarding sentencing shall be held on **Monday, May 19, 2025 at 1:00 p.m.**, in the Courtroom of the U.S. Courthouse in Pierre South Dakota.

DATED this _24_ day of February, 2025.

BY THE COURT:

ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE